

# IN THE
# TENTH COURT OF APPEALS

### No. 10-08-00063-CR

**KENNETH HOWELL KIRK,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2006-1240-C1

## MEMORANDUM OPINION

Kenneth Howell Kirk was convicted of two counts of Fraudulent Use of Identifying Information and one count of Theft from the Elderly. *See* TEX. PENAL CODE ANN. §§ 31.03(f)(3), 32.51 (Vernon 2006). He filed a notice of appeal. He has now filed a Motion to Dismiss Appeal requesting this Court to withdraw the notice of appeal and dismiss the appeal. Kirk personally signed the Motion to Dismiss.

Accordingly, this appeal is dismissed. TEX. R. APP. P. 42.2(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Appeal dismissed
Opinion delivered and filed April 1, 2009
Do not publish
[CR25]